**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
TANYA R.,

                    Plaintiff,                           24 **CIVIL** 9076 (SDA)

       -against-                                  **JUDGMENT**

Commissioner of Social Security,

                    Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated March 22, 2026, Plaintiff's motion is DENIED and the decision of the Commissioner is AFFIRMED; accordingly, this case is closed.

**Dated:**  New York, New York

      March 23, 2026

                                           **TAMMI M. HELLWIG**

                                            **Clerk of Court**

                   **BY:**

                                            **Deputy Clerk**